UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VIRGIL BROWN,

        Plaintiff,

    v.

AL STICKNEY, et al.,

        Defendants.

CASE NO.  C03-501JLR

ORDER

    The Court, having reviewed Defendants' Motion for Summary Judgment (Dkt. #60), the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and orders as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    Defendants' Motion for Summary Judgment (Dkt. #60) is GRANTED and Plaintiff's claims against Defendants are dismissed in their entirety;

(3)    The Clerk is directed to send a copy of this order to Plaintiff, counsel for Defendants, and the Honorable Monica J. Benton.

DATED this 7th day of April, 2005.

JAMES L. ROBART
United States District Judge