UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VIRGIL BROWN,

                Plaintiff,

    v.

AL STICKNEY, et al.,

                Defendants.

CASE NO. C03-501JLR

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court GRANTS Plaintiff's motion for extension of time to file notice of an appeal under Fed. R. App. P. 4(a)(5)(A) (Dkt. # 207).  Plaintiff timely moved for an extension and has shown good cause for his request.  Plaintiff has until June 8, 2005 to file a notice of appeal.  See Fed. R. App. P. (4)(a)(5)(C) (providing "No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time [June 8, 2005 in this case] or 10 days after the date when the order granting the motion is entered [May 23, 2005 in this case], whichever is later.").  This deadline is final and may not be extended further under the Federal Rules of Appellate Procedure.

Filed and entered this 11th day of May, 2005.

BRUCE RIFKIN, Clerk

                    s/Consuelo Ledesma

By

                    Deputy Clerk

MINUTE ORDER